GARY M. RESTAINO
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

**FILED**

2023 NOV -1 PM 3: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01688 TUC-JAS(MAA)**

**VICTIM**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **INDICTMENT** |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 39A<br>(Aiming a laser pointer at an aircraft)<br>Counts 1-2 |
| Charles W. Preston, II | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 5, 2021, in the District of Arizona, defendant CHARLES W. PRESTON, II knowingly aimed the beam of a laser pointer at an aircraft, namely, Survey 2, a 1999 Cessna T206H single engine fixed wing aircraft, tail number N700AZ, operated by the Pima County Sheriff's Department, and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States, all in violation of Title 18, United States Code, Section 39A.

### COUNT 2

On or about January 17, 2022, in the District of Arizona, defendant CHARLES W. PRESTON, II knowingly aimed the beam of a laser pointer at an aircraft, namely, Survey Two, a 1999 Cessna T206II single engine fixed wing aircraft, tail number N700AZ, operated by the Pima County Sheriff's Department, and at the flight path of said aircraft,

1    in the special aircraft jurisdiction of the United States, all in violation of Title 18, United

2    States Code, Section 39A.

3

4                                              A TRUE BILL

5

6                                              s/
                                               FOREPERSON OF THE GRAND JURY
7                                              Dated: November 1, 2023

8
     GARY M. RESTAINO
9    United States Attorney
     District of Arizona
10

11   s/
     BEVERLY K. ANDERSON
12   Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28